UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VERGING LAVAUGHN SMITH,

    Petitioner,                                    Case No. 2:14-CV-237

v.                                                 HON. ROBERT HOLMES BELL

JEFFREY WOODS,

    Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 27, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 5) recommending that Petitioner's petition for habeas corpus be denied because Petitioner's claims are untimely. Petitioner requested an extension to file objections to the R&R. (ECF No. 6.) The Court granted Petitioner more than 30 days to file objections. (ECF No. 7.) However, no objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 27, 2015, R&R (ECF No. 5) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**.

Dated: March 27, 2015                                  /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE